# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| JUDGE: DAVID L. HORAN | |
| DEPUTY CLERK: Shakira Todd | COURT REPORTER/TAPE NO: FTR |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: Yovanna Gonzalez | COURT TIME: 1:32—1:39 |
| A.M. P.M. 1:00 pm | DATE: December 10, 2019 |

☑ MAG. NO.  ☐ DIST. CR. NO. 3:19-mj-01094-BN *SEALED*   USDJ Magistrate Judge David L. Horan

UNITED STATES OF AMERICA § _Rick Calvert_, AUSA
§
v. § _____ ☐
§
§ _Rose Romero_ ☐
GENARO GARCIA LUNA (1) § COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☑ INITIAL APPEARANCE ☐ IDENTITY ☐ BOND HEARING ☐ PRELIMINARY HEARING
☐ DETENTION HEARING ☐ COUNSEL DETERMINATION HEARING ☐ REMOVAL HEARING ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐ OTHER DISTRICT ☐ DIVISION
☑ DATE OF FEDERAL ARREST/CUSTODY: 12/10/2019 ☐ SURRENDER _____
☐ RULE 5/32 ☐ APPEARED ON WRIT
☑ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☑ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT ☐ MW (MATERIAL WITNESS) _____ APPEARED ☐ WITH ☐ WITHOUT COUNSEL
☐ REQUESTS APPOINTED COUNSEL.
☑ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED _____
☑ DEFT HAS RETAINED COUNSEL _Rose Romero_
☐ ARRAIGNMENT SET ☑ DETENTION HEARING SET 12/17/2019 at 1 PM

☐ PRELIMINARY HEARING SET _____ ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND ☐ SET ☐ REDUCED TO $ _____ ☐ CASH ☐ SURETY ☐ 10% ☐ PR ☐ UNS ☐ 3RD PTY ☐ MW
☐ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
☑ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☐ DEFT ☐ MW RELEASED ☐ STATE AUTHORITIES ☐ INS
☐ DEFT ☐ MW REMANDED TO CUSTODY.
☑ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT. (ID only)
☑ WAIVER OF ☐ PRELIMINARY HEARING ☑ RULE 5/32 HEARING ☐ DETENTION HEARING
☑ COURT FINDS ~~PROBABLE CAUSE~~ ☑ ID ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☐ REMARKS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 10 2019
CLERK, U.S. DISTRICT COURT
By _____ Deputy