```
                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT OF TEXAS
                              DALLAS DIVISION

UNITED STATES OF AMERICA,      )   Case No. 3:19-mj-01094-BN-1
                               )      (CR-19-576, USDC EDNY,
         Plaintiff,            )       Brooklyn Division)
                               )
v.                             )   Dallas, Texas
                               )   December 10, 2019
GENARO GARCIA LUNA,            )   1:00 p.m. Docket
                               )
         Defendant.            )   INITIAL APPEARANCE -
                               )   RULE 5 ARREST
                               )


                      TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE DAVID L. HORAN,
                  UNITED STATES MAGISTRATE JUDGE.

APPEARANCES:

For the Government:        Rick Calvert
                           UNITED STATES ATTORNEY'S OFFICE
                           1100 Commerce Street, 3rd Floor
                           Dallas, TX  75242-1699
                           (214) 659-8600

For the Defendant:         Rose L. Romero
                           LAW OFFICES OF ROMERO KOZUB
                           235 NE Loop 820, Suite 310
                           Fort Worth, TX 76053
                           (682) 267-1351

Spanish-English            Yovana Gonzalez
Interpreter:

Recorded by:               Shakira K. Todd
                           UNITED STATES DISTRICT COURT
                           1100 Commerce Street, Room 1452
                           Dallas, TX  75242-1003
                           (214) 753-2165

Transcribed by:            Kathy Rehling
                           311 Paradise Cove
                           Shady Shores, TX  76208
                           (972) 786-3063


       Proceedings recorded by electronic sound recording;
         transcript produced by transcription service.
```

```
 1              DALLAS, TEXAS - DECEMBER 10, 2019 - 1:32 P.M.
 2              THE COURT:  All right.  The Court will next call the
 3   case of United States of America versus Genaro Garcia Luna,
 4   Case No. 3:19-mj-1094-BN.
 5              MR. CALVERT:  Rick Calvert for the United States,
 6   Your Honor.
 7              THE COURT:  Good afternoon.
 8              MS. ROMERO:  Rose Romero, Your Honor, --
 9              THE COURT:  Good afternoon.
10              MS. ROMERO:  -- for Mr. Garcia.  Or for Mr. Garcia
11   Luna.
12              THE COURT:  Good afternoon, Mr. Garcia Luna.
13              THE DEFENDANT:  (through Interpreter)  Good
14   afternoon, Your Honor.
15              THE COURT:  Sir, you need the services of a Spanish
16   interpreter; is that correct?
17              THE DEFENDANT:  Yes, thank you, sir.
18              THE COURT:  Ms. Gonzalez will be assisting you with
19   translation.  She is still under oath as a Spanish interpreter
20   from the case immediately before this.
21      Sir, this is your initial appearance, having been arrested
22   on this arrest warrant in connection with an indictment out of
23   the United States District Court for the Eastern District of
24   Texas -- Eastern District of New York, rather.  Let me advise
25   you of your constitutional rights.
```

1    You have the right to remain silent.  You're not required
2 to make a statement concerning any charge against you.  If you
3 have made a statement, you're not required to say anymore.
4 And if you start to make a statement, you may stop at any
5 time.  But any statement that you do make may later be used
6 against you.
7    You have the right to be represented by an attorney at
8 every stage of the case.  If you cannot afford to hire a
9 lawyer, the Court will appoint a lawyer for you.
10    Mr. Garcia Luna, do you understand these constitutional
11 rights I've just explained?
12         THE DEFENDANT:  Yes, sir.
13         THE COURT:  Ms. Romero is appearing here as your
14 retained counsel today.  Have you all been able to review the
15 indictment out of the Eastern District of New York and discuss
16 the charges against you?
17         THE DEFENDANT:  Yes, sir.
18         THE COURT:  After doing so, do you generally
19 understand what it is you're being charged with?
20         THE DEFENDANT:  Yes, sir.
21         THE COURT:  I've received information that suggests
22 you may be a citizen of a country other than the United
23 States.  I don't want you to tell me right now whether that's
24 true or not, but if you are a citizen of a country other than
25 the U.S., you would have the right to have consular officers

1 from your country that are here in the United States notified
2 of your arrest and to communicate with them.  They might be
3 able to help you obtain legal representation or contact your
4 family, among other things.
5      If this right applies to you, you could exercise it at any
6 time by notifying Ms. Romero or the Court.  But if you
7 exercise this right at this time, it may be considered an
8 admission that you're not a U.S. citizen.
9      Would you like to talk further with Ms. Romero after this
10 hearing about this right, to the extent it may apply to you?
11           THE DEFENDANT:  I don't want to exercise my right.
12           THE COURT:  Okay.  But you do understand the right
13 that I just explained to you?
14           THE DEFENDANT:  Yes, yes.
15           THE COURT:  Okay.
16           THE DEFENDANT:  Thank you.
17           THE COURT:  As I mentioned, you're being -- you have
18 been arrested in connection with a warrant issued -- or, on a
19 warrant issued out of the Eastern District of New York in
20 connection with an indictment that's been handed down by a
21 grand jury there.  You therefore, having been arrested here,
22 in a different district, have the right to two hearings, one
23 of which could only happen here and one of which you can have
24 here or in the Eastern District of New York, but not both
25 places.

1    The first is a so-called identity hearing.  This is a
2 hearing at which the Government would have to establish that
3 you are the same Genaro Garcia Luna named in those documents
4 and in the indictment out of the Eastern District of New York,
5 such that you should be required to face the charges there in
6 that Court.  But you can waive or give up your right to an
7 identity hearing if you don't contest that you are the same
8 individual named in the indictment.  That doesn't mean you
9 agree to the allegations in there or the charges, but just
10 that you don't disagree that you are the person the Government
11 is intending to charge.
12    The Government has also filed a motion for detention,
13 asking that you be held in custody while this case is pending
14 and through trial in the Eastern District of New York.  You
15 have the right to a hearing on that, as I said, either here or
16 in the Eastern District of New York, but not both places, with
17 an attorney -- in this case, if it was here, Ms. Romero --
18 representing you.  And the question would be whether you
19 should be detained while the case is pending or could be
20 released on bond or conditions.
21    Have you and Ms. Romero discussed these matters?
22         THE DEFENDANT:  Yes, sir, we have.  Thank you.
23         THE COURT:  Okay.  All right. Ms. Romero, I do have
24 a written signed waiver form here that provides that Mr.
25 Garcia Luna is agreeing to waive his right to an identity

1  hearing and production of the warrant.  Is that correct?
2          MS. ROMERO:  That is correct, Your Honor.
3          THE COURT:  All right.  And with regard to detention,
4  on the Government's motion for detention, how would Mr. Garcia
5  Luna like to proceed?
6          MS. ROMERO:  Yes.  We want to have a detention
7  hearing, Your Honor.  And we ask for our -- that it be -- I
8  think we've agreed to Tuesday of next week, --
9          THE COURT:  Okay.
10         MS. ROMERO:  -- at 1:00 o'clock or 1:30, whenever the
11 Court is -- has a docket that day.
12         THE COURT:  All right.  And Mr. Calvert, that'll work
13 for the Government as well?
14         MR. CALVERT:  It does, Your Honor.
15         THE COURT:  All right.  I'll just go ahead and fill
16 this out real quick.  All right.
17    All right.  Mr. Garcia Luna, as we just discussed and
18 you've confirmed you understand, by giving up your right to an
19 identity hearing, it means that I will find you are the same
20 individual who's named in these documents out of the Eastern
21 District of New York and that, pending a -- that one way or
22 the other, that you should be required to go to the Eastern
23 District of New York to face the charges in that Court.  Do
24 you understand that?
25         THE DEFENDANT:  Yes, sir.

1       THE COURT: All right. I do find Mr. Garcia Luna's
2 waiver of his right to an identity hearing is made knowingly
3 and voluntarily, and therefore I do find that he is the same
4 individual named in the documents out of the Eastern District
5 of New York.
6    With regard to detention, I'll set down the detention
7 hearing for this coming Tuesday. That'll be December 17, 2019
8 on the 1:00 p.m. docket here in this courtroom before me, and
9 this order will temporarily hold Mr. Garcia Luna in custody
10 until that hearing can take place.
11    Ms. Romero, have you and Mr. Garcia Luna discussed Rule 20
12 rights?
13       MS. ROMERO: I'm sorry?
14       THE COURT: Have you all discussed Rule 20 rights at
15 this point?
16       MS. ROMERO: Yes. I think --
17       THE COURT: Okay. You have?
18       MS. ROMERO: -- we have, Your Honor.
19       THE COURT: Okay. Very good.
20    Mr. Garcia Luna, do you have any questions about anything
21 we've gone over here today?
22       THE DEFENDANT: No. No, thank you.
23       THE COURT: Ms. Romero, anything further for today?
24       MS. ROMERO: Nothing, Your Honor.
25       THE COURT: All right. For the Government, Mr.

1 Calvert?

2 MR. CALVERT: Nothing further, Your Honor. Thank
3 you.

4 THE COURT: All right. Good luck to you, Mr. Garcia
5 Luna. The Defendant is remanded into the custody of the
6 United States Marshal pending further proceedings next week,
7 and counsel are excused.

8 (Proceedings concluded at 1:38 p.m.)

9 --oOo--

20 CERTIFICATE

21 I certify that the foregoing is a correct transcript from
the electronic sound recording of the proceedings in the
22 above-entitled matter.

23 */s/ Kathy Rehling*                                    *12/13/2019*

24 _____     _____
Kathy Rehling, CETD-444                                  Date
25 Certified Electronic Court Transcriber

INDEX

| | |
|---|---|
| PROCEEDINGS | 2 |
| WITNESSES | |
| -none- | |
| EXHIBITS | |
| -none- | |
| RULINGS | 7 |
| END OF PROCEEDINGS | 8 |
| INDEX | 9 |

Case 3:19-mj-01094-BN   Document 7   Filed 12/13/19   Page 9 of 9   PageID 26