# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § Case No. 3:19-mj-01094-BN *SEALED* |
| | § Other Dist. Docket No. CR-19-576 |
| v. | § Charge Pending: |
| | § Eastern District of New York |
| GENARO GARCIA LUNA (1) | § Brooklyn Division |

**U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 17 2019
CLERK, U.S. DISTRICT COURT**

### REPORT OF PROCEEDINGS UNDER RULES 5(c)(3) and 5.1
### AND ORDER ENTERED THEREON

The defendant is charged in the above-referenced district with the offense of International Cocaine Distribution Conspiracy; Conspiracy to Distribute and Possess with Intent to Distribute Cocaine. Having been arrested in this district on a warrant issued on that/those charge(s), he/she appeared before me for proceedings as follows:

---

**Rule 5(c)(3)  Transfer**

☒ The government has produced a copy of the warrant, and

☒ The Court finds that the person before the Court is the defendant named in the indictment, information or warrant because:

  ☒ The defendant waived identity hearing.

  ☐ An identity hearing was conducted, and the defendant's identity was established.

☐ The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is **NOT** the defendant named in the indictment, information or warrant.

---

**Rule 5.1:  Preliminary Hearing**

☒ No preliminary hearing is necessary because the defendant is charged by indictment.

☐ The defendant waived a preliminary hearing.

☐ The defendant elected to have a preliminary hearing in the district where the prosecution is pending.

☐ The defendant elected to have a preliminary hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

  ☐ There is probable cause to believe that the defendant committed the offense(s) charged.

  ☐ There is NOT probable cause to believe that the defendant committed the offense(s) charged.

---

**Rule 5(d)(3)  Detention Hearing**

☐ No detention hearing is necessary because the government did not move to detain the defendant.

☒ The defendant waived a detention hearing.

☐ The defendant elected to have a detention hearing in the district where the prosecution is pending.

☐ The defendant elected to have a detention hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

  ☐ The defendant should be detained.

  ☐ The defendant should be released on bond.

---

**ORDER ENTERED ON THE FOREGOING REPORT**

TO: UNITED STATES MARSHAL

☒ You are commanded to transfer the above-named defendant forthwith to the district in which he/she is charged and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

☐ It is ORDERED that this defendant be released from custody on bond pending further proceedings.

☐ It is ORDERED that this defendant be discharged.

DATE: 17th day of December, 2019

_____
United States Magistrate Judge

(Use Other Side for Return)